**U.S. Department of Justice**

Civil Rights Division

---

*Disability Rights Section – 4 Con*
*950 Pennsylvania Ave, NW*
*Washington, DC  20530*

November 18, 2022

**VIA EMAIL: louis@watonnorris.com**

Sheryl Allen c/o
Louis Watson, ESQ
Watson Norris Law Firm
4209 Lakeland Drive #365
Flowood, MS  39232

    Re:    EEOC Charge Against:    East Central Community College
           EEOC No.:                     423-2022-00739

Dear Ms. Allen:

### NOTICE OF RIGHT TO SUE WITHIN 90 DAYS

      Because you filed the above charge with the Equal Employment Opportunity Commission, and the Commission has determined that it will not be able to investigate and conciliate that charge within 180 days of the date the Commission assumed jurisdiction over the charge, and the Department has determined that it will not file any lawsuit(s) based thereon within that time, and because you or your attorney has specifically requested this Notice, <u>you are hereby notified that you have the right to institute a civil action against the above-named respondent under Title I of the Americans with Disabilities Act of 1990, 42 U.S.C. 12111, et seq.  If you choose to commence a civil action, such suit must be filed in the appropriate court within 90 days of your receipt of this Notice.</u>  This should not be taken to mean that the Department has made a judgment as to whether or not your charge is meritorious.

      If you or your attorney has any questions concerning this matter or wish to inspect the investigative file, please address your inquiry to: Jackson Area Office, U.S. Equal Employment Opportunity Commission.

# EXHIBIT B

Enclosed you will find a Notice of Rights under the ADA Amendments Act of 2008 (ADAAA). We are forwarding a copy of this Notice of Right to Sue to the Respondent in this case.

        Sincerely,
        Kristen Clarke
        Assistant Attorney General
        Civil Rights Division

BY: *Celeste A. Adams-Simmons*
        Celeste A. Adams-Simmons
        Senior Investigator
        Disability Rights Section

Enclosures:
    Notice of Rights under the ADAAA

cc:    East Central Community College
        EEOC- Jackson Area Office