IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

SHERYL ALLEN                                                                                      PLAINTIFF

VS.                                                           CIVIL ACTION NO. 3:23CV125-HTW-LGI

EAST CENTRAL COMMUNITY COLLEGE                                          DEFENDANT

## FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

THIS CAUSE having come on for consideration on Motion of the parties *ore tenus* to dismiss with prejudice the claims of Plaintiff Sheryl Allen against East Central Community College ("Defendant"), and this Court, having considered the same and being fully advised in the premises and it appearing that this entire cause against Defendant has been compromised and settled between and among the parties, is of the opinion that said motion is well-taken and should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that this cause of action is dismissed with prejudice with each party to bear its respective costs.

SO ORDERED AND ADJUDGED, this the 30th day of August 2024.

/s/HENRY T. WINGATE
UNITED STATES DISTRICT JUDGE

**AGREED TO AND APPROVED:**

/s/Nick Norris
LOUIS H. WATSON, JR., ESQ.
ROBERT N. NORRIS, ESQ.
*Attorneys for Plaintiff*

/s/Timothy M. Peeples
TIMOTHY M. PEEPLES, ESQ.
MORGAN S. HART, ESQ.
*Attorneys for Defendant*

{D2263988.1}